# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL WILLCOCKSON and**
**REBECCA WILLCOCKSON**                                              **PLAINTIFFS**

**v.**                          **Case No. 3:20-cv-00229-KGB**

**LG CHEM AMERICA, INC.,**
**AND LENOVO (UNITED STATES), INC.**                                 **DEFENDANTS**

## ORDER

Before the Court is the parties' joint status report and request for settlement conference (Dkt. No. 18).  The parties jointly request that this Court refer this matter to a magistrate judge for a settlement conference, "using dates already reserved for trial-related activities under the existing scheduling order to instead complete activities in furtherance of the settlement process" (*Id.*, at 5). They also request that the Court remove this case from the trial calendar (*Id.*).

For good cause shown, the Court grants the motion (Dkt. No. 18).  The Court grants the request for a settlement conference and refers this matter to United States Magistrate Judge Joe J. Volpe to schedule and conduct a settlement conference between the parties.  The Court defers to Judge Volpe to select a date for the settlement conference, in consultation with all counsel and parties, with the understanding that the parties have a preference for the trial date.  The Court removes this case from the November 28, 2022, trial calendar, grants a continuance, and will reset this matter for trial by separate Order.

It is so ordered this 27th day of October, 2022.

_____
Kristine G. Baker
United States District Judge