IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WILLCOCKSON and
REBECCA WILLCOCKSON                                                              PLAINTIFFS

v.                              Case No. 3:20-cv-00229-KGB

LG CHEM AMERICA, INC.,
AND LENOVO (UNITED STATES), INC.                                                 DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice for all claims (Dkt. No. 26). As the parties' motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1), the Court adopts the stipulation and dismisses with prejudice this case, including all claims and cross-claims (*Id.*). Each party shall bear their own costs and fees.

It is so ordered this 23rd day of August, 2023.

_____
Kristine G. Baker
United States District Judge